UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br>        Plaintiff,<br>   v.<br>CINDY BLACK,<br>        Defendant. | Case No. 21-cv-02404-JCS<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges convictions he received in the Sacramento County Superior Court, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the United States District Court for the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: April 19, 2021

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge